**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000831
07-MAY-2024
07:58 AM
Dkt. 151 ODMR**

NO. CAAP-17-0000831

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

TITLE GUARANTY ESCROW SERVICES, INC., Plaintiff-Appellee/
Cross-Appellee v. MILILANI TOWN ASSOCIATION, Defendant/Cross-
Claim Plaintiff/Cross-Claim Defendant-Appellee/Cross-Appellant,
and SVMM INVESTMENTS LLC, Defendant/Cross-Claim Defendant/
Cross-Claim Plaintiff-Appellee/Cross-Appellee, and
ALVIN K. ISAACS, as Successor Personal Representative of the
Estate of Pauline Isaacs-Lean, Defendant/Cross-Claim Defendant-
Appellant/Cross-Appellee, and FIRST HAWAIIAN BANK,
Defendant/Cross-Claim Defendant-Appellee/Cross-Appellee, and
DOE PERSONS AND ENTITIES 1-10, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 15-1-1750)

ORDER DENYING MOTION FOR PARTIAL RECONSIDERATION
(By:  Wadsworth, Presiding Judge, McCullen, J., and
Circuit Court Judge Nakamoto, in place of
Leonard, Acting Chief Judge, Hiraoka and Nakasone, JJ., recused)

Upon consideration of Defendant/Cross-Claim

Defendant/Cross-Claim Plaintiff-Appellee/Cross-Appellee SVMM

Investments' April 29, 2024 Motion for Partial Reconsideration,

the papers in support, and the record, this court did not overlook or misapprehend any law or fact when it issued its April 17, 2024 Memorandum Opinion.  <u>See</u> Hawaiʻi Rules of Appellate Procedure Rule 40(b).

Therefore, IT IS HEREBY ORDERED that the Motion for Partial Reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, May 7, 2024.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Henry T. Nakamoto
Circuit Court Judge